# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

"IN ADMIRALTY"

IN THE MATTER OF THE COMPLAINT
OF ANJAN THARAKAN, as Owner of
a 2023 18' Key West Vessel, Florida      Case No. 8:24-cv-01656-KKM-SPF
Registration No. FL8719TP, its engines,
tackle, apparel, appurtenances, etc., for
Exoneration from or Limitation of Liability,

    Petitioner.
_____/

## OBJECTION TO CLAIM OF BRECK MOOREFIELD, AS PERSONAL REPRESENTATIVE FOR THE ESTATE OF COLLIN R. MOOREFIELD

Anjan Tharakan, Petitioner, pursuant to Rule F(8), Supplemental Rules for Certain Admiralty and Maritime Claims, files his Objection to the Claim of Breck Moorefield, as Personal Representative of the Estate of Collin R. Moorefield, and states;

Petitioner objects to the Claim of Breck Moorefield, as Personal Representative of the Estate of Collin R. Moorefield (Document 22), and demands strict proof thereof. Petitioner further reserves all defenses and objections to such Claim.

    Respectfully submitted.

    _____
    **David F. Pope, Esq. – FBN 164452**
    Service-dpope@bankerlopez.com

BANKER LOPEZ GASSLER P.A.
501 East Kennedy Boulevard, Suite 1700
Tampa, FL 33602
Telephone: (813) 221-1500
Facsimile: (813) 222-3066
*Attorney for Anjan Tharakan, Principal*

## CERTFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 25, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ David F. Pope*
**David F. Pope, Esq.** – FBN 164452
Service-dpope@bankerlopez.com
BANKER LOPEZ GASSLER P.A.
*Attorney for Anjan Tharakan, Principal*