UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

"IN ADMIRALTY"

IN THE MATTER OF THE COMPLAINT
OF ANJAN THARAKAN, as Owner of
a 2023 18' Key West Vessel, Florida           Case No. 8:24-cv-01656-KKM-SPF
Registration No. FL8719TP, its engines,
tackle, apparel, appurtenances, etc., for
Exoneration from or Limitation of Liability,

    Petitioner.
_____/

## RULE F(6) NOTICE OF CLAIM

COMES NOW the Petitioner, ANJAN THARAKAN, pursuant to the Provisions of Supplemental Rule F(6), hereby gives notice the following claim has been filed against him in this limitation proceeding:

Claimant:
Breck Moorefield as Personal Representative for the Estate of Collin R. Moorefield.

Claimant attorney:
Anthony J. Cuva
Turkel Cuva Barrios, P.A.
100 North Tampa Street, Suite 1900
Tampa, Florida 33602

-and-

Ian R. Leavengood
Michael J. Boyle

Leavenlaw
3900 First Street North, Suite 100
St. Petersburg, Florida 33703

Nature of claim: wrongful death/personal injury

Amount: Unstated.

Respectfully submitted:

_____
David F. Pope, Esq. – FBN 164452
Service-dpope@bankerlopez.com
BANKER LOPEZ GASSLER P.A.
501 East Kennedy Boulevard, Suite 1700
Tampa, FL 33602
Telephone: (813) 221-1500
Facsimile: (813) 222-3066
*Attorney for Anjan Tharakan, Petitioner*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was electronically served to all counsel of record via the Court's CM/ECF System, this 17th day of October 2024

_____
David F. Pope, Esq. – FBN 164452
Service-dpope@bankerlopez.com
BANKER LOPEZ GASSLER P.A.

501 East Kennedy Boulevard, Suite 1700
Tampa, FL 33602
Telephone: (813) 221-1500
Facsimile: (813) 222-3066
*Attorney for Anjan Tharakan, Petitioner*